**Dontronn GOODE, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 16–1402**

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

Dontronn Goode, Appellant Pro Se.

Margaret Harker, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontronn Goode appeals the district court's order dismissing without prejudice his suit challenging certain statutes for lack of standing. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Goode v. United States, No. 3:15–cv–00712–HEH, 2016 WL 1249599 (E.D. Va. Mar. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

DISMISSED